UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>GINO MILLER,<br><br>　　　　　　　　　Defendant. | Case No. 2:17-mj-00279-PAL<br><br>ORDER |

The Order (ECF No. 14) granting defendant's Motion to Rescind Order for Psychiatric Examination and Request for Hearing and Initial Appearance (ECF No. 11) was entered in error.

**IT IS ORDERED** that:

1. The court's Order (ECF No. 14) is **STRICKEN**.
2. The Motion to Rescind Order for Psychiatric Examination and Request for Hearing and Initial Appearance (ECF No. 11) is set for **May 25, 2017, at 9:00 a.m.**, in Courtroom 3B along with defendant's initial appearance.

DATED this 23rd day of May, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1