UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GINO MILLER,<br><br>Defendant. | Case No. 2:17-mj-00279-PAL<br><br>ORDER |

This matter is before the court on correspondence dated June 1, 2017, from Warden L. J. Milusnic from the U.S. Department Federal Bureau of Prisons.

The undersigned entered an Order (ECF No. 8) on May 10, 2017, referring defendant Gino Miller for a 30-day psychiatric examination. Mr. Miller was designated to the above facility on May 22, 2017, and arrived at the facility on May 25, 2017.

The letter requests a 15-day extension beyond the normal 30-day evaluation period, or until **July 10, 2017**, in which to complete the texting and examination. Upon completion of the evaluation, the report will be submitting within three weeks, or no later than **July 31, 2017**.

For good cause shown,

**IT IS ORDERED** that the U.S. Department of Justice Bureau of Prisons shall have until **July 10, 2017**, in which to complete the psychiatric examination of Mr. Miller.

DATED this 19th day of June, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE